USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/29/12

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                :
                                        :      ORDER
        -v-                             :
                                        :      S1 12 Cr. 171 (JPO)
MIKHAIL ZEMLYANSKY,                     :
        a/k/a "Mike Zemlin,"            :
        a/k/a "Russian Mike,"           :
        a/k/a "Mike Z,"                 :
        a/k/a "Zem,"                    :
MICHAEL DANILOVICH,                     :
        a/k/a "Mike Daniels,"           :
        a/k/a "Fat Mike,"               :
        a/k/a "Mike D,"                 :
YURIY ZAYONTS,                          :
        a/k/a "KGB,"                    :
MIKHAIL KREMERMAN,                      :
MATTHEW CONROY,                         :
MICHAEL BARUKHIN,                       :
        a/k/a "Barkin,"                 :
        a/k/a "Mike B,"                 :
MIKHAIL OSTRUMSKY,                      :
        a/k/a "Skinny Mike,"            :
BORIS TREYSLER,                         :
        a/k/a "Borya,"                  :
ANDREY ANIKEYEV,                        :
VLADIMIR GRINBERG,                      :
VLADISLAV ZARETSKIY,                    :
YEVGENIY SHUMAN,                        :
        a/k/a "Eugene,"                 :
        a/k/a "Lokh,"                   :
        a/k/a "Zhenya,"                 :
DMITRY SLOBODYANSKY,                    :
        a/k/a "Dima,"                   :
ALEXANDER SANDLER,                      :
        a/k/a "Sasha,"                  :
        a/k/a "Nose,"                   :
GREGORY MIKHALOV,                       :
MICHAEL MORGAN,                         :
MARK DANILOVICH,                        :
JEFFREY LEREAH,                         :
DMITRY LIPIS,                           :
        a/k/a "Dima,"                   :
        a/k/a "Danny,"                  :
```

```
LYNDA TADDER,                             :
MARIA DIGLIO,
SOL NAIMARK,                              :
SERGEY GABINSKY,
TATYANA GABINSKAYA,                       :
JOSEPH VITOULIS,
LAURETTA GRZEGORCZYK,                     :
     a/k/a "Dr. G,"
EVA GATEVA,                               :
ZUHEIR SAID,
DAVID THOMAS,                             :
     a/k/a "David Sanni Thomas,"
BILLY GERIS,                              :
MARK SHAPIRO,
ROBERT DELLA BADIA,                       :
MICHELLE GLICK,
PAVEL POZNANSKY,                          :
     a/k/a "Paul,"
CHAD GREENSHNER, and                      :
CONSTANTINE VOYTENKO,
                                          :
          Defendants.
- - - - - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Daniel S. Goldman;

It is found that the S1 Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the S1 Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court; and

ORDERED that the wiretap interceptions to be relied upon and referenced in the Government's Motion for Detention be unsealed for the purposes of the defendants' arraignment and bail proceedings.

Dated: New York, New York
February 29, 2012

_____
HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK