AUSA: DANIEL GOLDMAN (212) 637-2289

ORIGINAL

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MIKHAIL ZEMLYANSKY et al. | DOCKET NO.<br>12 CRIM 171 | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>VLADIMIR GRINBERG<br>a/k/a "Vlad" | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY | |

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: FEB 29 2012

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT HEALTH CARE FRAUD; CONSPIRACY TO COMMIT MAIL FRAUD; CONSPIRACY TO COMMIT MONEY LAUNDERING

| IN VIOLATION OF | UNITED STATES CODE TITLES<br>18 | SECTION<br>1341, 1347, 1349, 1956, 1957 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED 2/28/12 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 2/29/12 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 2/29/12 | Daniel G. Alsypine, SAFBI | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.