Gary Tsirelman, Esq. (GT3489)
65 Jay Street, Third Floor
Brooklyn NY 11201
718 438 1200
gtsirelman@gtmdjd.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
**(HONORABLE J. PAUL OETKEN)**

---

UNITED STATES OF AMERICA

Docket No. 12-cr-00171

-v-

**MOTION TO WITHDRAW APPEARANCE AS ATTORNEY FOR VLADIMIR GRINBERG**

MICHAIL ZEMLYANSKY, *et al.*,

---

The undersigned, an attorney duly admitted to practice within the State of New York and the United States District Court for the Southern District, hereby moves to withdraw his appearance as an attorney for Defendant Vladimir Grinberg for the following reasons: Potential Conflict of Interest.

Dated: Brooklyn, New York

March 8, 2012

/s/
Gary Tsirelman, Esq.