# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States <br> *Plaintiff* <br> v. <br> Vladimir Grinberg <br> *Defendant* | ) ) ) ) ) Case No. S1\11cr171 |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Vladimir Grinberg

Date: February 29, 2012

_____
*Attorney's signature*

Wesley Mead    WM 1949
*Printed name and bar number*

Gary Tsirelman PC
65 Jay Street, 3rd Fl.
*Address*
Brooklyn NY 11201

wmead@gtmdjd.com
*E-mail address*

718 438 1200
*Telephone number*

718 438 8883
*FAX number*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 29 2012