UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                  :

                Plaintiff,             :

                                      12 CR 171 (JPO)

   -against-                                        :

                                      **NOTICE OF APPEARANCE**

VLADIMIR GRINBERG, *et al.*,              :

                Defendant.           :

-------------------------------------------------------------x

S I R S:

      NOTICE IS HEREBY GIVEN that Defendant VLADIMIR GRINBERG appears in this action by DAVID WIKSTROM, ESQ.

      I am an attorney duly admitted to practice the courts of the State of New York, and have been a member of the Bar of this Court since August, 1986.

Dated:  New York, New York

      April 3, 2012

                                                  DAVID WIKSTROM, ESQ.
                                                  DW5148
                                                  233 Broadway, Suite 2208
                                                  New York, New York 10279
                                                  (212) 248-5511
                                                  *david@davidwikstrom.com*