# MEMO ENDORSED

LAW OFFICES
## DAVID WIKSTROM
WOOLWORTH BUILDING · 233 BROADWAY · SUITE 2208
NEW YORK, NY 10279

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/12

April 3, 2012

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
By Fax: (212) 805-7991

Re: United States v. Vladimir Grinberg, et al.
    12 CR 171 (JPO)-1*

Dear Judge Oetken:

*[Handwritten endorsement:]* Mr. Tsirelman's motion to withdraw (Dkt. No. 144) is hereby granted. The April 5 conference is hereby adjourned.

**SO ORDERED:**
4/4/12 [signature]
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

I filed my Notice of Appearance as attorney for Defendant Vladimir Grinberg today.

Last month, Mr. Grinberg's prior attorney, Gary Tsirelman, Esq., filed a motion to withdraw as his attorney, based upon a potential conflict of interest; your Honor scheduled the return date for that motion for this Thursday, April 5, 2012, at 9:30 a.m. In light of the fact that Mr. Grinberg now has conflict-free counsel, I believe that a court appearance on that date is no longer necessary. Accordingly, I write to request that Mr. Tsirelman's motion be granted, and that the court appearance set for this Thursday, April 5, 2012, be marked off the Court's calendar. Assistant United States Attorney Nicholas McQuaid consents to this application.

I thank the Court for its courtesy and assistance.

Sincerely,

[signature]
David Wikstrom

cc: Nicholas McQuaid, AUSA
    Gary Tsirelman, Esq.

The Clerk of Court is Directed to:
✓ Term motion (doc. #144)
___ Doc. and File As: