

# THE PATTIS LAW FIRM, LLC
649 AMITY ROAD
BETHANY, CT 06524
TELEPHONE 203-393-3017
FACSIMILE 203-393-9745

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 1 2013
```

NORMAN A. PATTIS
DANIEL M. ERWIN
BRITTANY B. PAZ

February 28, 2013

KAREN LEE TORRE, OF COUNSEL

VIA FAX: 212-805-7991
Hon. J. Paul Oetken

RE: USA V. GRINBERG
Docket No. 23-cr-00171

*wrong case #*
*S1 12 CR 171-10 (JPO)*

Dear Judge Oetken:

I represent Vladimir Grinberg in the above entitled case. I am requesting that Mr. Grinberg be permitted to travel to my office in Bethany, Connecticut to meet with me on Monday, March 4, 2013 at 12:00 noon. The government has no objection to this request. Mr. Grinberg discussed this with Erica (221-805-4151) at Pre-Trial Services and she indicated that she would have no objection. My office has tried to contact her directly as to her position in the matter and has not yet received a call back.

Thank you for your attention to this request.

Respectfully yours,

NORMAN A. PATTIS

NAP:dp

APPLICATION GRANTED:

HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE   2/28/13