THE PATTIS LAW FIRM, LLC
649 AMITY ROAD
BETHANY, CT 06524
TELEPHONE 203-393-3017
FACSIMILE 203-393-9745

NORMAN A. PATTIS (napatty1@aol.com)
DANIEL M. ERWIN (derwin@pattislaw.com)
BRITTANY B. PAZ (bpaz@pattislaw.com)
HEATHER E. ROLFES (hrolfes@pattislaw.com)

July 1, 2013

The Honorable J. Paul Oetkin
United States District Court

    RE:    USA V. GRINBERG
             Docket No. 12-cr-00171

Dear Judge Oetkin:

    I am requesting on behalf of Mr. Grinberg that the conditions of his bond be altered from strict reporting to regular reporting to pre-trial services. I am making this motion with consent of Mr. Grinberg's pre-trial services officer, Robert Hyde, with whom I spoke this morning. The practical result of this change in bond condition will be to reduce the frequency of his reporting to once per month.

                                      Sincerely,

                                      NORMAN A. PATTIS

NAP