UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :

UNITED STATES OF AMERICA        :

         v.                        :  Case No. S14 12 Cr. 171 (JPO)

VLADIMIR GRINBERG,           :

        Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


# DEFENDANT VLADIMIR GRINBERG's
# EXHIBITS TO SENTENCING MEMORANDUM


Glen G. McGorty
Shamiso Maswoswe
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 895-4246

*Attorneys for Mr. Grinberg*

# INDEX OF EXHIBITS TO GRINBERG'S SENTENCING MEMORANDUM

**I.   Letters of Support from Mr. Grinberg's Family**

| | |
|---|---|
| A. Julia Chebotar Letter of Support | Stepdaughter |
| B. Svetlana Gluzberg Letter of Support | Aunt |
| C. Olga Grinberg Letter of Support | Wife |
| D. Irina Kim Letter of Support | Mother of daughter |
| E. Rafail Ogulnik Letter of Support | Brother-in-law |
| F. Dmitriy Tishchenko Letter of Support | Father-in-law |
| G. Galina Vaserman Letter of Support* | Sister |
| H. Steve Vaserman Letter of Support | Nephew |
| I. Vitaliy Vaserman Letter of Support | Nephew |

**II.   Letters of Support from Mr. Grinberg's Clergy**

| | |
|---|---|
| J. Dovid Okonov Letter of Support | Rabbi |

**III.   Letters of Support from Mr. Grinberg's Colleagues**

| | |
|---|---|
| K. Ernest Bonaparte Letter of Support | Colleague |
| L. John R. Braun Letter of Support | Colleague |
| M. Marina Byshevsky Letter of Support | Colleague |
| N. Mickaelle Dougherty Letter of Support | Colleague |
| O. Galina Mironyuk Letter of Support | Colleague |

**IV.   Additional Exhibits**

P. Letter from the State Education Department dated June 3, 2010